*Monday, December 6, 1999*

## MOTION DOCKET

**99–12.  State v. Childs.**
Montgomery App. No. 16580. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellees' motion to continue oral argument currently scheduled for December 1, 1999,

IT IS ORDERED by the court, effective December 1, 1999, that the motion to continue oral argument be, and hereby is, granted.

**99–219.  Karr v. Borchardt.**
Seneca App. No. 13–98–33. This cause is pending before the court as an appeal from the Court of Appeals for Seneca County.

IT IS ORDERED by the court, *sua sponte,* effective December 1, 1999, that oral argument scheduled for December 1, 1999, be continued until further order of the court.

**99–222.  Karr v. Borchardt.**
Seneca App. No. 13–98–36. This cause is pending before the court as an appeal from the Court of Appeals for Seneca County.

IT IS ORDERED by the court, *sua sponte,* effective December 1, 1999, that oral argument scheduled for December 1, 1999, be continued until further order of the court.

**99–223.  Karr v. Borchardt.**
Seneca App. No. 13–98–35. This cause is pending before the court as an appeal from the Court of Appeals for Seneca County.

IT IS ORDERED by the court, *sua sponte,* effective December 1, 1999, that oral argument scheduled for December 1, 1999, be continued until further order of the court.

**99–224.  Karr v. Borchardt.**
Seneca App. No. 13–98–34. This cause is pending before the court as an appeal from the Court of Appeals for Seneca County.

IT IS ORDERED by the court, *sua sponte,* effective December 1, 1999, that oral argument scheduled for December 1, 1999, be continued until further order of the court.